UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DONNYBROOK INVESTMENTS LTD., ET AL.,
v.
ARTHUR ANDERSEN LLP,

Case 05 C 4883

Hon. MARVIN E. ASPEN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Donnybrook Investments LTD., et al.

**FILED**

NOV 1 6 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SIGNATURE | *(signed)* Mark R. Sargis |
|---|---|
| FIRM | Bellande & Sargis Law Group, LLP |
| STREET ADDRESS | 19 South LaSalle Street Suite 1203 |
| CITY/STATE/ZIP | Chicago, Illinois 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6193673 | TELEPHONE NUMBER 312-853-8701 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |